## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **No. 05-0026-LTS** |
| | ) |
| **VAHAGN GILAVYAN and** | ) |
| **IRINA VLASOVA ,** | ) |
| | ) |
| **Defendants** | ) |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint,

supporting affidavit, this motion and the Court's order on this motion, and any other paperwork

related to this matter, until further order of this Court. As grounds for this motion, the

government states that public disclosure of these materials might jeopardize the ongoing

investigation of this case, as well as the government's ability to arrest the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

SETH P. BERMAN
Assistant U.S. Attorney