AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

VAHAGN GILAVYAN AND IRINA VLASOVA

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-m-00026 LTS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 3, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to do so, did cause persons to place in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the United States Postal Service and by private and commercial carrier

in violation of Title __18__ United States Code, Section(s) __1341__.

I further state that I am a(n) __MSP Trooper and Federal Agent__ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

06-16-2005                                          at          Boston, Massachusetts
Date                                                                    City and State

LEO T. SOROKIN,
UNITED STATES MAGISTRATE JUDGE                     _Signature of Judicial Officer_
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.