UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 05-0026-LTS |
| | ) |
| VAHAGN GILAVYAN and | ) |
| IRINA VLASOVA, | ) |
| | ) |
| Defendants | ) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter. As grounds for this motion, the government states that defendant VLASOVA has been arrested, requiring public disclosure of these materials.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SETH P. BERMAN
Assistant U.S. Attorney

6-20-05
allowed