```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                                MJ 05-0026-LTS

IRINA VLASOVA,
        Defendant,

## ORDER OF APPOINTMENT OF COUNSEL

June 20, 2005

SWARTWOOD, C.M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE

By the Court:

/s/ Lisa B. Roland
Lisa B. Roland
Deputy Clerk